832 A.2d 417

**Edward J. BARR, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF STATE, BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, Appellee.**

Supreme Court of Pennsylvania.

Sept. 24, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2003, the Order of the Commonwealth Court is AFFIRMED.